UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
JASON STONE,                                  Chapter 13

    Debtor.                         Case No. 1-25-41900-ess

## NOTICE OF MOTION FOR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY

TO:

Joan M McGivern, Esq.
Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP
33 West Second Street
Riverhead, New York 11901
    *and*
Jasmine Arcos individually and as Trustee of the Jasmine Arcos Trust and J. Alexandra Arcos individually and as Trustee of the Philomena Trust
c/o
33 West Second Street
Riverhead, New York 11901

    PLEASE TAKE NOTICE that upon the annexed application and the accompanying exhibits, the undersigned will move this Court before the Honorable Judge Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza E #1595, Brooklyn, NY 11201, on JULY 22, 2025, at 10:30AM, in courtroom _____ floor _____ or as soon thereafter as parties can be heard, for an order pursuant to 11 U.S.C. § 362(k) imposing sanctions against Joan M McGivern, Esq. individually and firm jointly and Jasmine Arcos individually and as Trustee for named trusts for willful violation of the automatic stay.

Dated: ___5/9/2025_____

                                                          Respectfully submitted,

                                                          __s/ Jason Stone_____
                                                          Jason Stone
                                                          144-63 25th Drive
                                                          Flushing, NY 11354
                                                          Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re:
JASON STONE,                                            Chapter 13

Debtor.                                                 Case No. 1-25-41900-ess

## MOTION FOR SANCTIONS AND APPLICATION IN SUPPORT

This motion and application seeks sanctions against Joan M McGivern, Esq. individually and her law firm jointly and creditor Jasmine Arcos individually and as Trustee for the named trusts for willfully violating the automatic stay imposed by 11 U.S.C. § 362(a) upon the filing of the debtor's Chapter 13 petition on April 21, 2025. Despite receiving notice of the bankruptcy filing, the creditor continued efforts to litigate an improper eviction proceeding where the evidence indicates debtor's possessory interest in .

## FACTUAL BACKGROUND

1.      On April 21, 2025, the debtor pro se filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.      On April 23, 2025 I provided a copy of the Notice of the Bankruptcy filing to Joan M McGivern, Esq. and her law firm that represents creditor Jasmine Arcos individually and as Trustee for the named trusts.   **Exhibit A**.

3.      Despite receiving notice, McGivern and the creditor Arcos proceeded to continue their litigation in Housing Court to evict me from property that I have a possessory interest in which is a direct violation of the automatic stay.

## LEGAL ARGUMENT

4.      Under 11 U.S.C. § 362(k), an individual injured by any willful violation of the automatic stay shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages.

5.      Courts in the Eastern District of New York have consistently held that actions taken in violation of the automatic stay warrant sanctions. For instance, in <u>In re Ebadi</u>, 448 B.R. 308 (Bankr. E.D.N.Y. 2011), the court awarded damages against a creditor who proceeded with collection after notice of the bankruptcy filing.

## RELIEF REQUESTED

The debtor respectfully requests that the Court:

A.      Award actual damages in the amount proven at hearing.

B. Award any costs incurred in bringing this motion to be shown at hearing.

C. Award punitive damages in the amount of $2,500.00 due to the egregious nature of the violation.

D. Grant such other and further relief as the Court deems just and proper.

Dated May 9, 2025.

Respectfully submitted,

__s/Jason Stone_____
Jason Stone
144-63 25th Drive
Flushing, NY 11354
Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
JASON STONE,                                              Chapter 13

      Debtor.                                   Case No. 1-25-41900-ess

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 9, 2025__, a copy of the annexed Motion was served by ECF or for those unregistered, by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

Krigts M Preuss                      US Trustee
Chapter 13 Trustee
100 Jerico Quadrangle Ste 127
Jerico, NY 11753

Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP
Attn: Joan M McGivern, Esq.
33 West Second Street
Riverhead, New York 11901

Jasmine Arcos individually and as Trustee of the Jasmine Arcos Trust and J. Alexandra Arcos individually and as Trustee of the Philomena Trust
c/o
33 West Second Street
Riverhead, New York 11901

                                                       _____s/ Jason Stone_____
                                                       Jason Stone
                                                       144-63 25th Drive
                                                       Flushing, NY 11354
                                                       Debtor

EXHIBIT A

----- Forwarded Message -----
**From:** Jason Stone <comfunds@yahoo.com>
**To:** jmcgivern@suffolklaw.com <jmcgivern@suffolklaw.com>
**Sent:** Wednesday, April 23, 2025 at 10:54:38 AM EDT
**Subject:** Arcos Trust v Stone (Index No LT-302188-21/QU)

Please see attached letter and note there is a trial in Housing court 4/25/25.

Jason Stone 347 997 0296

April 22, 2025

Jason Stone
144-63 25th Drive
Flushing, NY 11354

**For Settlement Purposes Only**

Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP
Attn: Joan M McGivern, Esq.
33 West Second Street
P.O. Box 9398
Riverhead, New York 11901

**Re:** *J. Alexandra Arcos as Trustee of, the Philomena Trust, fka Calabrese/Lavin as Trustee of the Rosalie Arcos Irrevocable Trust*, Index No LT-302188-21/QU.

Dear Joan:

Attached is a Notice of Bankruptcy Case Filing, (1:2025bk41900) for my bankruptcy case I recently filed that includes the codicil as an asset and where your clients are listed as creditors. This is express notice to you that a bankruptcy stay is in place and you and your client's should be receiving notice from the court soon. We have a Housing trial set this week and you should cease all your efforts to evict me and notice Housing Court.

Also, as you know I have been trying to have the issue of what property I am properly owed under Rosalie's estate (it was in her personal and trust property), but instead I have been slandered, harassed, discriminated against, physically assaulted and dragged into Housing court in an effort to evict me from the property.

I have not had the best legal advice or representation on this issue and have tried to explain to Housing court its lack of jurisdiction over Rosalie's estate and questions around any gifts, wills or other trust issues. What little money I had was spent on being improperly counseled to file the *lis pendens* in Supreme Court to figure out the issues with the property and my rights to a portion of the estate; however, as you know this was dismissed because of the pending Housing case your clients previously filed and the property status never came up. I had a conflict with the appointed legal services, which led to his open

court withdrawal because of our agreed conflict. That conflict being not wanting to bring up my issues related to my life estate and the larger issue of Rosalie's gift/codicil to me. I am assuming it was then you and Jacobs from Queens Legal Service wrongfully discussed my case as the next thing you are doing is issuing subpoena's to Queens Legal Services for my privileged client information.

I am now understanding the gravity of Rosalie's gift to me. In fact, I do not know why you did not advise your clients when it arose, that this issue of Rosalie's codicil to me and the church, pour-over will, wills, the other property of the estate left to me, including rents from properties, gifts and the general trust accounting for that property since this gift should properly be brought in the New York Surrogate's Court as a codicil contest or other action concerning the Arcos estate and trusts. There is a ton of information I would not only be entitled to discover, but that I would want to know.

As you know, we have been locked into a lengthy and expensive battle to improperly evict me from the property and deny any continuing right in the property and your client's have gone to the extremes of openly discriminating against me, harassed and actually assaulted me in an effort to get me out of my home and to deny Rosalie's intentions.

I would not imagine protracted litigation would be in any of our interests or budgets. I understand your clients want me out of not only my home, but the bigger issue of what I may be entitled to and we have both dug in our positions. I would be open to vacating within a time certain (no less than 90-days) with an escrowed relocation and release payment ($65,000) and signed agreement.

Let me know by email when we can end this dispute.

Jason Stone

**Encl.**

Notice Bankruptcy

United States Bankruptcy Court
Eastern District of New York



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/21/2025 at 09:10 AM and filed on 04/20/2025 at 11:57 AM.

**Jason Stone**
14463 25th Drive
Flushing, NY 11354
SSN / ITIN: xxx-xx-4113
*aka* **Jay Weinberg**

The bankruptcy trustee is:

**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
516-622-1340

The case was assigned case number 1-25-41900-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Paul Dickson**
**Clerk, U.S. Bankruptcy Court**

Case Caption: J. ALEXANDRA ARCOS, AS TRUSTEE OF THE PHILOMENA TRUST v. JASON WEINBERG et al

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION | Processed | 05/04/2021 | Johnson, A. |
| 2 | NOTICE OF PETITION - HOLDOVER | Processed | 05/04/2021 | Johnson, A. |
| 3 | NOTICE OF PETITION - ASSIGNED | Processed | 05/19/2021 | Court User |
| 4 | COURT NOTICE | Processed | 05/19/2021 | Court User |
| 5 | AFFIDAVIT/AFFIRMATION OF SERVICE OF PETITION/NOTICE OF PETITION | Processed | 05/25/2021 | Johnson, A. |
| 6 | NOTICE OF APPEARANCE | Processed | 12/02/2021 | Reichert, M. |
| 7 | COVID-19 HARDSHIP DECLARATION<br>Jason Stone Hardship Declaration | Processed | 12/21/2021 | Reichert, M. |
| 8 | NOTICE OF MOTION (Motion #001) | Processed | 02/20/2022 | Zim, C. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001) | Processed | 02/20/2022 | Zim, C. |
| 10 | EXHIBIT(S) - A (Motion #001)<br>DRP213 | Processed | 02/20/2022 | Zim, C. |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001) | Processed | 02/20/2022 | Zim, C. |
| 12 | EXHIBIT(S) - B (Motion #001)<br>LEGAL BACK | Processed | 02/20/2022 | Zim, C. |
| 13 | NOTICE OF MOTION (Motion #002) | Processed | 12/08/2022 | Zim, C. |
| 14 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #002) | Processed | 12/08/2022 | Zim, C. |
| 15 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #002) | Processed | 12/08/2022 | Zim, C. |
| 16 | EXHIBIT(S) - A (Motion #002)<br>DEED | Processed | 12/08/2022 | Zim, C. |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #002) | Processed | 12/08/2022 | Zim, C. |
| 18 | EXHIBIT(S) - B (Motion #002)<br>LEGAL BACK | Processed | 12/08/2022 | Zim, C. |
| 19 | NOTICE OF CROSS-MOTION (AMENDED) (Motion #002) | Processed | 03/07/2023 | Santora, C. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 20 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #002)<br>Affirmation in Support of Cross-Motion | Processed | 03/07/2023 | Santora, C. |
| 21 | EXHIBIT(S) - A (Motion #002)<br>Proposed Answer | Processed | 03/07/2023 | Santora, C. |
| 22 | EXHIBIT(S) - B (Motion #002)<br>Termination Notice | Processed | 03/07/2023 | Santora, C. |
| 23 | EXHIBIT(S) - C (Motion #002)<br>Affidavit of Service, Termination Notice | Processed | 03/07/2023 | Santora, C. |
| 24 | EXHIBIT(S) - D (Motion #002)<br>Petition | Processed | 03/07/2023 | Santora, C. |
| 25 | EXHIBIT(S) - E (Motion #002)<br>Notice of Petition | Processed | 03/07/2023 | Santora, C. |
| 26 | EXHIBIT(S) - F (Motion #002)<br>Affidavit of Service, Petition | Processed | 03/07/2023 | Santora, C. |
| 27 | EXHIBIT(S) - G (Motion #002)<br>Notice of Appearance | Processed | 03/07/2023 | Santora, C. |
| 28 | EXHIBIT(S) - H (Motion #002)<br>Petitioners Motion 1 | Processed | 03/07/2023 | Santora, C. |
| 29 | EXHIBIT(S) - I (Motion #002)<br>Petitioners Motion 2 | Processed | 03/07/2023 | Santora, C. |
| 30 | EXHIBIT(S) - J (Motion #002)<br>Lease 1 | Processed | 03/07/2023 | Santora, C. |
| 31 | EXHIBIT(S) - K (Motion #002)<br>Lease 2 | Processed | 03/07/2023 | Santora, C. |
| 32 | EXHIBIT(S) - L (Motion #002)<br>ERAP Notice | Processed | 03/07/2023 | Santora, C. |
| 33 | EXHIBIT(S) - M (Motion #002)<br>Appellate Division File | Processed | 03/07/2023 | Santora, C. |
| 34 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | Processed | 05/05/2023 | Zim, C. |
| 35 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 05/05/2023 | Zim, C. |
| 36 | EXHIBIT(S) - A<br>AFFIDAVIT IN SUPPORT OF OPPOSITION | Processed | 05/05/2023 | Zim, C. |
| 37 | EXHIBIT(S) - B<br>LEGAL BACK | Processed | 05/05/2023 | Zim, C. |
| 38 | DECISION/ORDER *Corrected* | Processed | 06/16/2023 | Court User |
| 39 | NOTICE OF APPEAL *Corrected* | Processed | 07/19/2023 | Santora, C. |
| 40 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION) *Corrected* | Processed | 07/19/2023 | Santora, C. |
| 41 | NOTICE OF MOTION (Motion #004) | Processed | 08/04/2023 | Santora, C. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 42 | AFFIDAVIT OR AFFIRMATION IN SUPPORT (Motion #004) | Processed | 08/04/2023 | Santora, C. |
| 43 | EXHIBIT(S) - A (Motion #004)<br>Decision, June 16, 2023 | Processed | 08/04/2023 | Santora, C. |
| 44 | STIPULATION - SO ORDERED | Processed | 10/26/2023 | Court User |
| 45 | NOTICE OF MOTION | Processed | 11/02/2023 | Court User |
| 46 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #004)<br>Hamill Affirmation in Opposition with Affidavit of Service | Processed | 11/03/2023 | Hamill, D. |
| 47 | NOTICE OF APPEARANCE | Processed | 12/07/2023 | Nigro, J. |
| 48 | AFFIDAVIT OR AFFIRMATION IN REPLY (Motion #004) | Processed | 12/13/2023 | Santora, C. |
| 49 | DECISION/ORDER | Processed | 11/04/2024 | Court User |
| 50 | NOTICE OF ENTRY | Processed | 11/14/2024 | Nigro, J. |
| 51 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/14/2024 | Nigro, J. |
| 52 | ORDER - TRANSFER | Processed | 01/02/2025 | Court User |
| 53 | NOTICE OF APPEARANCE | Processed | 01/16/2025 | Mcgivern, J. |
| 54 | DECISION/ORDER | Processed | 01/24/2025 | Court User |
| 55 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #6) | Processed | 03/24/2025 | Newton, C. |
| 56 | MEMORANDUM OF LAW (Motion #6) | Processed | 03/24/2025 | Newton, C. |
| 57 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF ORDER TO SHOW CAUSE (Motion #6)<br>Hernandez Affirmation | Processed | 03/24/2025 | Newton, C. |
| 58 | EXHIBIT(S) - A (Motion #6)<br>March 17 Subpoena | Processed | 03/24/2025 | Newton, C. |
| 59 | EXHIBIT(S) - B (Motion #6)<br>Envelope of mailed copy of subpoena | Processed | 03/24/2025 | Newton, C. |
| 60 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF ORDER TO SHOW CAUSE (Motion #6)<br>Newton Affirmation | Processed | 03/24/2025 | Newton, C. |
| 61 | EXHIBIT(S) - 1 (Motion #6)<br>"Revised" subpoena | Processed | 03/24/2025 | Newton, C. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 62 | ORDER TO SHOW CAUSE-SIGNED (LC) | Processed | 03/25/2025 | Court User |
| 63 | ORDER TO SHOW CAUSE - CONFORMED COPY (Motion #6)<br>Conformed OSC for Service | Processed | 03/25/2025 | Newton, C. |
| 64 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #6)<br>Affirmation of Service for OSC to quash subpoena | Processed | 03/25/2025 | Newton, C. |
| 65 | STIPULATION - SO ORDERED | Processed | 03/27/2025 | Court User |
| 66 | DECISION/ORDER | Processed | 03/27/2025 | Court User |
| 67 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN | Processed | 04/15/2025 | Court User |
| 68 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN | Processed | 04/15/2025 | Court User |
| 69 | NOTICE OF MOTION<br>Motion In LImine Against the Submission of Certain Documents | Pending | 04/24/2025 | Mcgivern, J. |
| 70 | EXHIBIT(S) - 1<br>Purported Codicill | Processed | 04/24/2025 | Mcgivern, J. |
| 71 | EXHIBIT(S) - 2<br>Purported Lease | Processed | 04/24/2025 | Mcgivern, J. |
| 72 | EXHIBIT(S) - 3<br>2010 Deed | Processed | 04/24/2025 | Mcgivern, J. |
| 73 | EXHIBIT(S) - 4<br>2021 Deed | Processed | 04/24/2025 | Mcgivern, J. |
| 74 | EXHIBIT(S) - 5<br>Jasmine Arcos Trust | Processed | 04/24/2025 | Mcgivern, J. |
| 75 | EXHIBIT(S) - 6<br>2023 Deed | Processed | 04/24/2025 | Mcgivern, J. |
| 76 | EXHIBIT(S) - 7<br>Rosalie Arcos Estate Administration | Processed | 04/24/2025 | Mcgivern, J. |