**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:
JASON STONE,                                                                 Chapter 13

    Debtor.                                                                    Case No. 1-25-41900-ess

## NOTICE OF COMPLIANCE

The Debtor states that he cannot comply with Section 521(i)(1) regarding providing Pay Statements from the past 60 days because he receives SSI.

Dated: 5/9/2025

                                                      Respectfully submitted,

                                                      __s/ Jason Stone_____
                                                      Jason Stone
                                                      144-63 25th Drive
                                                      Flushing, NY 11354
                                                      Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 9, 2025_____, a copy of the annexed Notice was served by ECF or for those unregistered, by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

    Krigts M Preuss     *ecf*     US Trustee    *ecf*
    Chapter 13 Trustee
    100 Jerico Quadrangle Ste 127
    Jerico, NY 11753

    Creditor Matrix   *ecf*

                                            _____s/ Jason Stone_____
                                            Jason Stone
                                            144-63 25th Drive
                                            Flushing, NY 11354
                                            Debtor