Hearing Date: July 8, 2025
Time:             10:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
IN RE:                                             :      **Case No.: 1-25-41900-ess**
                                                                    :
JASON STONE,                                     :      **CHAPTER 13**
                                                                    :
Debtor.                                              :
                                                                    :
                                                                    :
                                                                    :
                                                                    :
                                                                    :
------------------------------------------------------------------ X

NOTICE OF MOTION OF J. ALEXANDRA ARCOS, AS TRUSTEE OF THE PHILOMENA
TRUST, FOR RELIEF FROM THE AUTOMATIC STAY


**PLEASE TAKE NOTICE** that upon the annexed motion of Daniel R. Bernard, Esq., of

Bernard Law P.C., a hearing will be held before the Honorable Elizabeth S. Stong, United States

Bankruptcy Judge, at her Courtroom located at United States Bankruptcy Court, Eastern District

of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY

11201-1800 on July 8, 2025 at 10:30 am or as soon thereafter as counsel can be heard to consider

the motion of J Alexandra Arcos as Trustee of the Philomena Trust (the "Movant") for an Order

granting relief from the automatic stay, as to the real property commonly known as 144-63 25th

Drive, Flushing, New York 11354 (the "Property"), and further relief as the Court deems just and

equitable.


Date: May 20, 2025

Shoreham, New York

1

BERNARD LAW P.C.

By:/s/ *Daniel R. Bernard*
Daniel R. Bernard, Esq. (DB 4186)
Attorneys for J Alexandra Arcos
45 Route 25A, Suite A2
Shoreham, New York 11786
(631) 378-2500
dbernard@bernardestateplan.com


TO:    Jason Stone
       14463 25th Drive,
       Flushing, New York 11354

       Krista M. Preuss
       Krista M. Preuss, Chapter 13 Trustee
       100 Jericho Quadrangle
       Jericho, New York 11753

       Office of the United States Trustee
       Eastern District of NY (Brooklyn)
       Alexander Hamilton Custom House
       One Bowling Green
       Room 510
       New York, NY 10004-1408

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                    :

IN RE:                                 :       **Case No.: 1-25-41900-ess**

                                    :

JASON STONE,                       :       **CHAPTER 13**

                                    :

Debtor.                                 :

                                    :

                                    :

------------------------------------------------------------------ X

**MOTION OF J. ALEXANDRA ARCOS, AS TRUSTEE OF THE PHILOMENA TRUST, FOR RELIEF FROM THE AUTOMATIC STAY**

J Alexandra Arcos as Trustee of the Philomena Trust ("Creditor") moves the court for an order granting it relief from the automatic stay pursuant to Section 362 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and respectfully shows the Court the following in support thereof:

**I. JURISDICTIONS, VENUE AND STATUTORY BASIS**

1. On April 20, 2025 ("Petition Date"), JASON STONE ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code in this Court.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for Creditor's Motion for Relief from the Automatic Stay (the "Motion") is 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to §362(d)(2)(B), the Property is not necessary for an effective reorganization.

**II. BACKGROUND FACTS**

4. On May 4, 2021, an action was commenced in the Queens County Civil Court-Landlord Tenant Division against Debtor to seeking to have Debtor removed from the property located at

144-63 25th Drive, Flushing, New York 11354 (the "Property"), which appears on Debtor's Schedule A/B wherein Debtor claims an equity interest in the Property.

5. The removal proceeding in Queens County Civil Court-Landlord Tenant Division against Debtor was scheduled for trial on April 25, 2025. This trial date was set after Debtor received two adjournments of previous trial dates and almost four years after the removal action was commenced. Since Debtor does not have any equity interest in the property and is simply occupying the property as a holdover tenant, and based on this filing have been done only a few days before the scheduled trial date in the Landlord Tenant Division, it appears Debtor filed this action to abuse the automatic stay and delay the trial.

6. Debtor has no equity interest in the Property. The Property has been held in trust since June 21, 2010, when the property was transferred by Creditor's grandmother, Rosalie Arcos, to two trusts, the Rosalie Arcos Irrevocable Trust and the Arcadio Arcos, Jr. Irrevocable Trust, a copy of the deed transferring the property to the trusts is attached hereto as Exhibit "1". On May 11, 2021, after the passing of Rosalie Arcos, the Property, as per the terms of the Rosalie Arcos Irrevocable Trust and the Arcadio Arcos, Jr. Irrevocable Trust, was transferred to the Jasmine Arcos Trust, a copy of the deed transferring the property to the Jasmine Arcos Trust is attached hereto as Exhibit "2". Then on June 19, 2023, the Property was transferred to the Philomena Trust, a copy of the deed transferring the property to the Philomena Trust is annexed hereto Exhibit "3".

7. Debtor is not a beneficiary of any of the trusts that have held the Property, including the Philomena Trust. Nor has Debtor asserted that he is a beneficiary of said trusts. Debtor has instead relied on a fraudulent Codicil that he alleges Rosalie Arcos signed, which he alleges gives him an equity interest in the property.

8. Since the inception of the landlord/tenant matter on May 4, 2021, Debtor has failed to probate the alleged Codicil. Additionally, Debtor has no interest in any property he alleges was left to him in the Codicil, because the Property has been in trust since June 21, 2010.

**III. REQUESTED RELIEF**

9. By this Motion, Creditor moves the Court to grant relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2)(B) to allow Creditor to pursue its rights and remedies under non-bankruptcy law in and against the Real Property.

10. Debtor simply has no equity interest in the Property. The Property has been held in trust since June 21, 2010 and debtor is not a beneficiary of said trust.

**WHEREAS**, Creditor respectfully requests that the Court enter an Order:

(i). Granting Creditor relief from the automatic stay to permit it to exercise any and all state law rights and remedies against the debt;

(ii). Waiving expiration of the stay period as set forth in rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and

(iii). Granting Creditor such additional relief as it may be entitled to under the facts and applicable law.

Date: May 20, 2025
Shoreham, New York

BERNARD LAW P.C.

By:/s/ *Daniel R. Bernard*
Daniel R. Bernard, Esq. (DB 4186)
Attorneys for J Alexandra Arcos
45 Route 25A, Suite A2
Shoreham, New York 11786
(631) 378-2500
dbernard@bernardestateplan.com

3

TO:    Jason Stone
14463 25th Drive,
Flushing, New York 11354

Krista M. Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Jericho, New York 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                             :

IN RE:                               :     **Case No.: 1-25-41900-ess**
                             :

JASON STONE,                   :     **CHAPTER 13**
                             :

Debtor.                        :     **JUDGE: Elizabeth S. Stong**
                             :
                             :
                             :
------------------------------------------------------------------- X

## <u>CERTIFICATION OF SERVICE</u>

     I, Daniel R. Bernard, Esq., certify that on May 20, 2025, I caused to be served a true copy of the annexed **MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                               BERNARD LAW P.C.

                               By:*/s/ Daniel R. Bernard*
                               Daniel R. Bernard, Esq. (DB 4186)
                               Attorneys for J Alexandra Arcos
                               45 Route 25A, Suite A2
                               Shoreham, New York 11786
                               (631) 378-2500
                               dbernard@bernardestateplan.com

## SERVICE LIST

Jason Stone
14463 25th Drive,
Flushing, New York 11354
*Bankruptcy Pro-Se Debtor*

Krista M. Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Jericho, New York 11753
*Bankruptcy Trustee*


Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
*U.S Trustee*