UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| JASON STONE, | Chapter 13 |
| Debtor. | Case No. 1-25-41900-ess |

AFFIDAVIT IN OPPOSITION TO
MOTION FOR SANCTIONS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

JOAN MORGAN McGIVERN, being duly sworn, deposes and says:

1. I am Of Counsel to the firm of Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP, counsel for J. Alexandra Arcos as Trustee of the Philomena Trust, as petitioner in a holdover proceeding against the debtor as holdover/occupant in J. Alexandra Arcos v. Jason Weinberg a/k/a Jason Stone, L&T Index No. 302188/2021 (Civ. Ct. N.Y.C. Queens Co. Housing Part D).

2. On April 25, 2025, this matter was scheduled to go to trial. It was the third time is was scheduled to go to trial, but each of the two previous times, an adjournment was granted to the debtor as holdover occupant.

3. At that time, I informed the Hon. Kimon C. Thermos, that the debtor/holdover occupant had filed for bankruptcy and that the trial could not proceed. The debtor/holdover occupant did not appear. If I had not appeared, the Court would have had no way of knowing that the debtor/holdover occupant had filed for bankruptcy. Thus, the appearance was a courtesy for the Court. Nothing else happened.

4. In light of what transpired, I respectfully submit that sanctions are not warranted.

5.   Finally, I should add here that my firm is not serving as counsel to the petitioner J. Alexandra Arcos as Trustee of the Philomena Trust in this case as a creditor.

_____
Joan M. McGivern

Sworn to before me this 19th
day of May, 2025

_____
Notary Public

PEGGY B. HUBBARD
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01HU6434187
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES MAY 31, 2026