UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
IN RE:                                      :    Case No.: 1-25-41900-ess
                                            :
JASON STONE,                                :    CHAPTER 13
                                            :
Debtor.                                     :    JUDGE: Elizabeth S. Stong
                                            :
-------------------------------------------X

**ORDER ~~GRANTING CREDITOR'S MOTION FOR RELIEF FROM~~ *MODIFYING* THE AUTOMATIC STAY**

Upon consideration of the motion (the "Motion") of J Alexandra Arcos as Trustee of the Philomena Trust ("Movant") for entry of an order granting Movant relief from the automatic stay to exercise any and all state law rights and remedies as to the real property commonly known as 144-63 25th Drive, Flushing, New York 11354; and the Court, having found that notice of the Motion was proper and adequate under the circumstances, no objections to the relief requested having been filed, and the Court, having found that cause exists to grant the relief set forth in the Motion, *and having held a hearing on the Motion on June 18, 2025, at which Movant appeared and was heard;*

**IT IS HEREBY ORDERED THAT**:

1. ~~The Motion is GRANTED, as set forth herein.~~

2. ~~Movant is hereby granted relief from~~ The automatic stay *is hereby modified* to ~~immediately~~ permit ~~her~~ *M o v a n t* to ~~exercise any and all state law~~ *pursue her* rights ~~and remedies~~ *under applicable law* ~~as~~ *with respect* to the real property commonly known as 144-63 25th Drive, Flushing, New York 11354.

3. ~~Notwithstanding anything set forth in the Bankruptcy Rules, including Fed. R. Bankr. P. 4001(a)(3), this Order shall become effective immediately upon its entry.~~

~~4.~~ This Court *may* retain ~~exclusive~~ jurisdiction to interpret, enforce, and implement the terms and provisions of this Order.



Dated: Brooklyn, New York
       June 20, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge