**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:
JASON STONE,                                             Chapter 13

Debtor.                                              Case No. 1-25-41900-ess

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND MOTION FOR ADDITIONAL TIME OR, IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7**

INTRODUCTION

1. The Chapter 13 Trustee has filed a Motion to Dismiss this case (Dkt. 39), scheduled for hearing on September 8, 2025.

2. Debtor files this Response and Motion both to address the Trustee's concerns and to request appropriate relief from this Court.

RESPONSE TO TRUSTEE'S MOTION

3. Debtor acknowledges that certain schedules, disclosures, and plan payments have not been timely completed.

4. Debtor has ongoing physical and mental health conditions which have substantially impaired his ability to comply on the Trustee's timetable. Doctor's notes confirming these conditions are attached hereto as **Exhibit A**.

5. Debtor has nevertheless acted in good faith, and is making efforts to cure deficiencies and complete required filings.

MOTION FOR ADDITIONAL TIME

6. Debtor respectfully requests that this Court grant him not less than thirty (30) additional days to comply with the Trustee's requests, including schedules, tax returns, and other required documents.

1

7.  Additional time will allow Debtor to properly complete his disclosures and avoid unnecessary dismissal.

### ALTERNATIVE MOTION TO CONVERT TO CHAPTER 7

8.  In the alternative, if this Court determines dismissal is warranted or compliance cannot reasonably be achieved, Debtor exercises his right under 11 U.S.C. §1307(a) to convert this case to Chapter 7.

9.  Conversion would allow the estate to be administered under Chapter 7 and permit Debtor to obtain a discharge without the ongoing procedural burdens of Chapter 13.

### PENDING MOTIONS AND SURROGATE'S COURT PROCEEDING

10. Debtor has pending motions before this Court: (a) to vacate the order granting relief from stay and to reimpose the stay, and (b) for sanctions for willful violations of the stay.

11. These motions relate to ongoing improper creditor actions in Queens Housing Court, which directly implicate the validity of the Will, various trusts and a November 12, 2019 codicil of Rosalie Arcos and her still open estate in Surrogate's Court.

12. A probate petition concerning this codicil is now pending in Queens County Surrogate's Court, File No. 2021-3346/E. Only the Surrogate's Court has jurisdiction to determine the codicil's validity.

13. Debtor respectfully requests that this Court preserve jurisdiction over the pending motions and maintain the protections of the automatic stay pending determination of the codicil's validity in Surrogate's Court.

### RELIEF REQUESTED

WHEREFORE, Debtor respectfully requests that this Court:

A.  Deny or adjourn the Trustee's Motion to Dismiss;

B. Grant Debtor not less than thirty (30) days to comply with outstanding obligations; or, in the alternative,

C. Convert this case to Chapter 7 under 11 U.S.C. §1307(a);

D. Preserve and adjudicate Debtor's pending motions regarding the automatic stay; and

E. Grant such other relief as the Court deems just and proper.

Dated: August 31, 2025

/s/ Jason Stone<br>
Jason Stone<br>
Pro Se Debtor

## CERTIFICATE OF SERVICE

I certify that on August 31, 2025, 2025, I served this Motion and Notice via ECF and/or First-Class Mail if not registered to:

Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green Room 510
New York, NY 10004-1408

Daniel R. Bernard, Esq.
Attorneys for J Alexandra Arcos
45 Route 25A, Suite A2
Shoreham, New York 11786

Brian A. Campbell, Esq.
Kucker, Marino, Winiarsky & Bittens LLP
747 Third Avenue, 12th Floor
New York, NY 10017

Kucker Marino Winiarsky & Bittens, LLP
By: Joel M Shafferman
Shafferman & Feldman LLP
137 Fifth Avenue

9th Floor
New York, NY 10010
shaffermanjoel@gmail.com

Joan Morgan McGivern
Twomey Latham Shea Kelley Dubin and Quartararo LLP
PO Box 9398
33 West Second Street
Riverhead, NY 11901-9398

I declare under penalty of perjury that the foregoing is true and correct.

                                                      /s/ Jason Stone
                                                     Jason Stone
                                                     144-63 25th Drive
                                                     Flushing, NY 11354
                                                     Debtor, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:
JASON STONE,                                                                 Chapter 13

        Debtor.                                                           Case No. 1-25-41900-ess

[PROPOSED] **ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME OR, IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7**

      Upon the motion of Jason Stone, pro se Debtor, seeking additional time to comply with Trustee's requests or, in the alternative, to convert this case to Chapter 7 pursuant to 11 U.S.C. §1307(a), and the Court having reviewed the submissions and heard argument, and after due deliberation and sufficient cause appearing, it is hereby:

      **ORDERED**, that the Debtor shall have thirty (30) days from the date of this Order to cure deficiencies and comply with the Chapter 13 Trustee's requirements; and it is further

      **ORDERED**, that in the event compliance is not achieved within such period, or as the Court otherwise directs, the case shall be converted to a case under Chapter 7 pursuant to 11 U.S.C. §1307(a); and it is further

      **ORDERED**, that the Clerk of Court shall transmit notice of this Order to the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors and parties in interest

                        DONE this _____ day of _____ 2025

Brooklyn, New York

                                          _____
                                          HON. ELIZABETH S. STONG
                                          United States Bankruptcy Judge



A

 

Ji Han, M.D.    188-16 Northern Blvd.
Flushing, NY 11358
Tel: 718-762-7000
Fax: 718-762-7002

8/27/2025

Re : Weinberg, Jay E
Date of Birth : 2/22/1952

To Whom It May Concern:

Above named patient is currently under my clinical care. Patient is scheduled for a procedure on this coming Friday, August 29th, 2025. However, due to many complications and operations that the patient has gone through recently, please allow patient to rest and recover. Patient will be able to return to work September 10th, 2025 with no restrictions.

If you have any questions or concerns, please do not hesitate to contact my office. Thank you.

Sincerely,

Ji Han, M.D.
NY Spine Care
Interventional Pain Management

**NY Spine Care**
Interventional Pain Management
188-16 Northern Blvd
Flushing, NY 11358



35-26 Francis Lewis Boulevard
Street Level
Flushing, NY 11358
Office: 718-631-8899
Fax: 718-631-4401

Andrew Blank, M.D., F.A.C.S.
Bora Kim, D.O.
Tamekia Wakefield, M.D.
Jason B. Wasserman, M.D.
Roni Keller, M.D.
Michael Alleva, M.D.
Maheer Masood, M.D.
A. Zuhal Ertamay, MPA, PA-C

# Book Online, Anytime!

entandallergy.com/booknow or download the *ENT and Allergy App*

## PATIENT PLAN FOR 7/8/2025
Name: Jay Weinberg
Visit Type: Office Visit  (99213)
Location: Flushing ENT & Allergy Assoc

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

### Medication Prescribed

| Medication Name | Dose | Qty | Sig Desc | PRN | Reason |
|---|---|---|---|---|---|
| ipratropium bromide | 42 mcg (0.06 %) | 30 | 2 sprays in each nostril twice a day for nasal drainage. | N | |

Medication sent to: Onpoint Pharmacy, 25-39 Parsons Blvd, Flushing, NY 11354 - Phone: 718-762-8041

### Active Medications

| Medication name | PRN | Reason |
|---|---|---|
| fluticasone propionate | N | |
| azelastine HCl | N | |
| MEDROL | N | |

| Medication name | PRN | Reason |
|---|---|---|
| Vitamin D2 1,250 mcg (50,000 unit) capsule | N | |
| omeprazole 40 mg capsule, delayed release | N | |
| ondansetron 16 mg disintegrating tablet | N | |
| atorvastatin 40 mg tablet | N | |
| levofloxacin 500 mg tablet | N | |
| alprazolam 0.5 mg tablet | N | |
| sertraline 100 mg tablet | N | |

ADULT/PEDIATRIC - SINUS - ALLERGY - EAR
HEARING EVALUATION • VOICE
SWALLOW • HEAD AND NECK
SLEEP • FACIAL PLASTICS

APPOINTMENT

For Jay Weinberg
On 9/9/25 At 10:30 A.M.

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HOURS NOTICE.

Primary Care Provider: Cao, Ning
Insurance: Aetna Medicare

REASON(S) FOR VISIT
Follow Up

.

Completed Orders (this encounter)

# ▶ Premier HealthCare

PHC 28 Bayside Multi Svc Ctr
21111 Northern Blvd
Bayside, NY 113613241
Phone: (212)273-6272

PATIENT PLAN FOR 8/5/2025

| | |
|---|---|
| Patient: | **JAY WEINBERG** |
| Date of Birth: | 02/22/1952 |
| Date: | 08/05/2025 09:20 AM |
| Visit Type: | Medication Management without Psychotherapy |
| Rendering provider: | Suze Pacius |
| Location: | PHC 28 Bayside Multi Svc Ctr |
| Location phone number: | (212)273-6272 |

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

TODAY'S VISIT

REASON(S) FOR VISIT

anxiety.

## Orders Completed Today

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Negative | 4 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Generalized Anxiety Disorder (F41.1). |
| | Impression | Onsite visit with Mr. Weinberg 73 y/o male who reports increase anxiety and depression |

WEINBERG, JAY   000000069176 02/22/1952 08/05/2025 09:20 AM Page: 1/3

|  |  |  |
|---|---|---|
|  |  | since previous visit. Pt reports he is s/p multiple recent surgeries including back in the and LE for poor circulations past few weeks. He was seen tearful with multiple cry outbursts during visit, increase anxious and depression noted compare to previous assessment visit. He is now ambulating with cane, unsteady gait. He reports poor sleep and constant worrying and lack of concentration. He reports he is taking psychotropics as prescribed but he continues to feel overwhelmed with current medical and social stressors. He also reports he has been experiencing additional legal/court stressors. Mr. Weinberg is a semi-retired as consultant. Retired US army Intel with Dx of anxiety and depression post work related gun shot wound 1999. He denied history of inpatient psych history. He reported his mood hs been well controlled on current meds that he has been on for many years. He has a Hx skin CA, and high cholesterol. He lives alone, no kids, divorced. Pt did not appear to be a threat to self or others at time of visit. Pt advised to call 911 or go to nearest ED for any thoughts of active/passive SI/HI. Pt verbalized understanding. |
|  |  | Increase Sertraline 150 mg daily for acute anxiety/ depression and continue Alprazolam 0.5 mg TID. |
|  | Patient Plan | Increase Sertraline 150 mg daily for acute anxiety/ depression and continue Alprazolam 0.5 mg TID Continue current regiments- mood stable |
|  |  | call office or 911 for thoughts of SI/HI |
|  |  | Encourage sleep hygiene, exercise. |
|  | Plan Orders | follow-up visit within 6 Weeks or by 09/16/2025. |
| 2. | Assessment | Depression, unspecified (F32.A). |
|  | Impression | Pt with increase s/s of depression, he reports increase medical and legal stressors.. |
| 3. | Other Orders | Orders not associated to today's assessments. |
|  | Plan Orders | The patient had the following order(s): Patient Health Questionnaire (PHQ-2). Interpretation: Negative, Result details: 4. |

PHARMACY INFORMATION:
Pharmacy: OnPoint Pharmacy Flushing,
Phone: 7187628041

MEDICATIONS

| Medication | Dose | Sig Description | PRN Status | PRN Reason | Comments |
|---|---|---|---|---|---|
| sertraline 50 mg tablet | 50 mg | take 1 tablet by oral route every day for Anxiety | N | Anxiety |  |
| sertraline 100 mg tablet | 100 mg | take 1 Tablet by oral route every day for depression | N | depression |  |

FOLLOW UP
FOLLOW UP

| Status | Ordered | Order | Timeframe | Comments |
|---|---|---|---|---|
| ordered | 08/05/2025 | follow-up visit within 6 Weeks or by 09/16/2025 | within 6 Weeks or by 09/16/2025 |  |

WEINBERG, JAY   000000069176 02/22/1952 08/05/2025 09:20 AM Page: 2/3

## ALLERGIES

| Medication Name | Ingredient | Reaction (Severity) | Comment |
|---|---|---|---|
| | NO KNOWN ALLERGIES | | |

For the following elements there is no pertinent information available OR they were not addressed in this encounter: Current problem list, procedures performed during the visit, immunizations administered during the visit, medication administered during the visit, vital signs taken during the visit, laboratory test results, diagnostic tests pending, clinical instructions, future appointment, referrals to other providers, future scheduled tests, smoking status.

Did you know? Premier Healthcare patients have access to our **emergency call center** outside of business hours. If you need urgent assistance, please call **212-273-6272**. For all Emergency, please dial 911 or go to the nearest emergency room.

Sincerely,

## Provider
Pacius, Suze  08/05/2025 10:15 AM

Document generated by: Suze Pacius  08/05/2025

---

NextGen HealthCare Information Systems
795 Horsham Road | Horsham, PA 19044
Phone Number: (718)705-1000