**Mail body: Fw: filing document for adjournment**

Jason

----- Forwarded Message -----
**From:** Jason Stone <comfunds@yahoo.com>
**To:** staples@printme.com <staples@printme.com>
**Sent:** Saturday, September 6, 2025 at 04:49:59 PM EDT
**Subject:** filing document for adjournment

https://www.nyeb.uscourts.gov/content/pro-se-electronic-document-upload-program

Jason

**Mail body: Request for adjounment due to current medical condition and schedules for sugery Sept 8, 2025. Case Number 125-41900 Ess**

Dear Hon. Judge Stong

      Please allow this letter to serve as a formal request for a 4 week adjournment as my medical conditioned has worsened over the past 2 weeks. I am currently scheduled for 2 surgical proceedures at the NY Presbyterian / QMG 7568 Fresh Meadows Proc Vasc Lab located at 75-68 187th street. Fresh Meadows, NY. Although the 2 procedures are scheduled for 1:30 PM I was advised to arrive 1 1/2 hours prior to the procedure.  It should also be noted that due to travel time from Eastern Suffolk County Long Island would most likely interfere the scheduling in your court calendar.  The enclosed letter  was provided to the Trustee concerned with my case back on August 5th,2025.

I thank you in advance for your time and consideration in this most important matter and I pray you understand my deteriorating medical condition.

Respectfully Yours

Jason Stone



NYP Presbyterian

NYG 2581 FRESH MEADOWS PROC VASC LAB
75-60 187th Street, 1st Fl
Fresh Meadows, NY 11366-1726
718-355-8100

Jay Weinberg
144-63 25th Dr
Flushing, NY 11354-1322

Dear Jay Weinberg,

This is a reminder for your upcoming appointment with ...

Date: 9/08/25

Appointment Time: 1:30 PM

Location: NYG 2581 FRESH MEADOWS PROC VASC LAB
75-60 187th Street, 1st Fl
Fresh Meadows, NY 11366-1726